IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEE DEXTER NASH                                                                  PLAINTIFF

v.                              No. 4:17CV00419 JLH

CHARLES "DOC" HOLLADAY,
Sheriff, Pulaski County, Arkansas                                      DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 16th day of May, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE